sion of this application. *Robert J. Pleus, Chris Dixie* and *Joseph P. Lea, Jr.* for petitioners. *Richard W. Ervin,* Attorney General of Florida, *Ralph McLane,* Assistant Attorney General, *Henry P. Adair, Donald Russell, Charles R. Scott* and *H. M. Voorhis* for respondents. ▇

No. 267. PARIS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Arthur J. Mandell* for petitioner. *Price Daniel,* Attorney General of Texas, and *Calvin B. Garwood, Jr.,* Assistant Attorney General, for respondent. ▇

No. 271. WILD, ADMINISTRATRIX, *v.* ATLANTIC REFINING CO. ET AL. C. A. 3d Cir. Petition for rehearing on petition for extension of time denied. Certiorari also denied. *Lois G. Forer* for petitioner. *Hugh Lynch, Jr.* for the Atlantic Refining Co., respondent. ▇

No. 284. BARBER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▇

No. 27, Misc. PADILLA *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondent. ▇

No. 54, Misc. SLUSSER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.